**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAO YUPING,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-867-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On April 16, the Court ordered Respondents to file a status report by August 25, detailing (1) the concrete steps taken to effectuate Yuping's removal, (2) any obstacles to effectuating Yuping's removal, such as issuance of travel documents, or identifying a country for removal, (3) the concrete steps taken to address the existing obstacles, and (4) the anticipated timeline for Yuping's removal from the United States. Apr. 16, 2026, Order, ECF No. 9.

Respondents have now filed a Status Report, ECF No. 13, and in support, the Declaration of Deportation Officer Marcos Davila ("Davila Decl."), ECF No. 13-1. According to Davila, China issued a travel document for Yuping on August 20 and shipped the travel document to the United States on August 24. *See* Davila Decl. ¶¶ 5(j)–(l).

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than September 28, 2026,** stating whether Yuping was removed from the United States, and if not, why, and the anticipated timeline for his removal.

**SO ORDERED**.

**SIGNED this 26th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE