**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAO YUPING,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-867-KC** |
| | § | |
| **PAM BONDI, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Bao Yuping's Petition for a Writ of Habeas Corpus, ECF No. 1. Respondents inform the Court that Bao was "transferred to custody of ICE's Enforcement and Prosecution Unit on October 21, 2026, and is currently detained at the El Paso Detention Facility, pursuant to his arrest on an indictment under charges for failure to depart the United States." Status Report 1, ECF No. 20. Where an immigration detainee is no longer in immigration custody, the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)); *see also G.G. v. Noem*, No. 26-cv-05024, 2026 WL 822759, at *1 (D.S.D. Mar. 25, 2026) (mooting an immigration habeas petition because the petitioner was moved to criminal custody). Because Bao has been released from immigration custody, the Petition is now moot. *See Ortez*, 845 F.2d at 575; *G.G.*, 2026 WL 822759, at *1. Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 4th day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE